## DEANE ag$^t$ GIBBS

Thomas Deane plaint. ag$^t$ Benjamin Gibbs Defend$^t$ in an action of the case for not delivering him posession of a certain warehouse & wharfe &c scituate in Boston due or belonging unto him the s$^d$ Deane by virtue of a deed of Sale or Mortgage for the same bearing date July. 21th 1674. long since forfited, as by the s$^d$ deed reference thereunto being had will more fully appeare, with all due damages according to attachm$^t$ dated. Octob$^r$ 25$^o$ 1676 . . . the Jury . . . found [ 400 ] for the plaint. possession of the warehouse wharfe &c according to Deed & costs of Court allowed twenty Five Shillings & four pence.

Execucion issued x$^{br}$ 22$^o$ 1676.